RENCSOK v. RENCSOK

JUDGMENT—DEFAULT JUDGMENT—VACATION—COURT RULES.

A default judgment properly entered will not be set aside, where the defaulted party failed to show good cause for setting it aside and neglected to file an affidavit of facts showing a meritorious defense (GCR 1963, 520.4).

Appeal from Wayne, John B. Swainson, J. Submitted Division 1 March 3, 1969, at Detroit. (Docket No. 5,334.) Decided March 27, 1969.

Complaint by Mary Ellen Rencsok against Joel A. Rencsok and seventeen others for fraud. Default judgment against defendant. Defendant appeals. Affirmed.

*Eliot Charlip,* for plaintiff.

*Carolyn Florescu (Neighborhood Legal Service Center),* for defendant on appeal.

BEFORE: LESINSKI, C. J., and FITZGERALD and V. J. BRENNAN, JJ.

PER CURIAM. Plaintiff, in a suit against her husband and 17 others, claimed she had been defrauded of her interest in assets jointly owned by plaintiff

REFERENCE FOR POINTS IN HEADNOTE
30A Am Jur, Judgments §§ 636, 713, 719.

and defendant husband. A default judgment was entered against defendant husband who appeals.

The default was properly entered and will not be set aside. Defendant failed to show good cause and neglected to file an affidavit of facts showing a meritorious defense as required by GCR 1963, 520.4. See also *White* v. *Sadler* (1957), 350 Mich 511.

Other matters raised have been considered and are deemed without merit.

Affirmed. Costs to appellee.